

# ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 17th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

February 9, 2018

**<u>VIA ECF</u>**
Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Hudson v. Advanced Call Center Technologies, LLC*
> <u>Case No. 18-cv-00234-BMC</u>

Dear Judge Cogan:

We represent defendant Advanced Call Center Technologies, LLC ("ACT") in the above-referenced action.  We write to request an extension of time for ACT to move, answer, or otherwise respond to the Complaint from February 12, 2018, to and including March 14, 2018.  The parties are engaged in good faith settlement negotiations and believe that the settlement negotiations will benefit from the extension, to which plaintiff consents.  Accordingly, we respectfully request that the Court grant and "So-Order" this relief.  This is the first request for an extension of time.

Respectfully submitted,

s/ *Andrew W. Gefell*

Andrew W. Gefell

cc:   Daniel Cohen, Esq. (counsel for Plaintiff)